IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JEAN A. WEATHERS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:15-CV-4072-L** |
| | § | |
| **BANK OF AMERICA,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

This case was referred to United States Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on February 12, 2016, recommending that the court deny Plaintiff's Application to Proceed In Forma Pauperis ("Application") (Doc. 5) and dismiss without prejudice this action for failure to prosecute or comply with court orders. No objections to the Report were filed.

Having reviewed the Application, pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses without prejudice** this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply with a court order.

**It is so ordered** this 29th day of February, 2016.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order –Solo Page